ACCEPTED
03-14-00518-CV
7481682
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/21/2015 3:59:33 PM
JEFFREY D. KYLE
CLERK



**gbkh**
GEORGE BROTHERS
KINCAID & HORTON LLP

JOHN W. THOMAS, PARTNER

1100 NORWOOD TOWER | 114 WEST 7TH ST | AUSTIN, TX 78701
512.495.1400 | FAX 512.499.0094 | JTHOMAS@GBKH.COM | WWW.GBKH.COM

October 21, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

10/21/2015 3:59:33 PM

JEFFREY D. KYLE
Clerk

***Via Electronic Filing***
Court of Appeals
Third District of Texas
P. O. Box 12547
Austin, Texas 78711-2547

      Re:    Court of Appeals No. 03-14-00518; *James Poe and Senior Retirement Planners, LLC v. Espinosa, in his capacity as Receiver of Retirement Value, LLC*.

Dear Clerk:

In accordance with the Court's notice of October 8, 2014, this letter will serve as notification that John W. Thomas, attorney for Appellee Eduardo Espinosa, Receiver of Retirement Value, LLC, in the above-referenced case, will be presenting oral argument before the court on November 18, 2015 at 1:30 p.m.

If you have any questions, please call me at (512) 495-1407.

        Yours sincerely,

        George, Brothers, Kincaid & Horton, LLP

        ***/s/ John W. Thomas***
        John W. Thomas
        Counsel for Appellee, Eduardo S. Espinosa
        In his Capacity as Receiver for Retirement
        Value, LLC

JWT/ejg
cc:     Scott E. Lindsey, Counsel for Appellants *(**Via electronic service**)*
        Client